FILED
CLERK, U.S. DISTRICT COURT
6/9/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00291-MWF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(o)(1): Possession of Machineguns; 26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| JONATHAN ALFONZO CEJA,<br>    aka "Alfonso,"<br>    aka "Alfonso Expert Polish," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on a date unknown but no later than on or about October 12, 2022, and continuing to on or about March 2, 2023, in Los Angeles County, within the Central District of California, defendant JONATHAN ALFONZO CEJA, also known as ("aka") "Alfonso," aka "Alfonso Expert Polish," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically the sale of the following firearms, including

privately made firearms bearing no serial number (commonly referred to as "ghost guns"), on or about the following dates:

| Date | Item |
| --- | --- |
| October 12, 2022 | 1. A Zastava, ZPAP92 Model, 7.62 mm caliber pistol, bearing serial number Z92-098374 |
| October 19, 2022 | 1. A FN, Five-seveN Model, 5.7 x 28 mm caliber pistol, bearing serial number 386415587<br><br>2. An Arsenal Co. Bulgaria, SAM7K Model, 7.62 mm caliber pistol, bearing serial number AB530855<br><br>3. A Romarm/Cugir, Mini Draco model, 7.62 mm caliber pistol, bearing serial number ROA21 PF-8112 |
| November 10, 2022 | 1. A privately manufactured AR-type, .308 caliber rifle, bearing no manufacturer's mark or serial number<br><br>2. A Glock, Model 17, 9 mm caliber pistol, bearing serial number BTAT296<br><br>3. A Glock, Model 22, .40 caliber pistol, bearing serial number KLB741<br><br>4. A Glock, Model 19, 9 mm caliber pistol, bearing serial number BNND252<br><br>5. A Glock, Model 17, 9 mm caliber pistol, bearing serial number BLEB202<br><br>6. A Glock, Model 17, 9 mm caliber pistol, bearing serial number BVFN202<br><br>7. A Zastava, Model ZPAP92, 7.62 mm caliber pistol, bearing serial number Z92-104892 |
| November 30, 2022 | 1. A Glock Model 17C, 9 mm caliber pistol, bearing serial number AALM638<br><br>2. A privately manufactured AR-type, 9 mm caliber rifle with a barrel of less than 16 inches in length, bearing no manufacturer's mark or serial number<br><br>3. A Ruger, AR-556, 5.56 mm caliber rifle, bearing serial number 859-48731 |

| Date | Item |
|---|---|
| December 8, 2022 | 1.  A Romaarm/Cugir Micro Draco, 7.62 mm caliber pistol, with an obliterated serial number |
| January 12, 2023 | 1.  A Defense Procurement Manufacturing Services, Inc. (DPMS), A15, .223 caliber rifle, bearing serial number DNWC059284<br><br>2.  A privately manufactured AR-type, .223 caliber rifle, bearing no manufacturer's mark or serial number<br><br>3.  A privately manufactured AR-type, 5.56 mm caliber rifle with a barrel of less than 16 inches in length, bearing no manufacturer's mark or serial number |

COUNT TWO

[18 U.S.C. § 922(o)(1)]

On or about November 10, 2022, in Los Angeles County, within the Central District of California, defendant JONATHAN ALFONZO CEJA, aka "Alfonso," aka "Alfonso Expert Polish," knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), that defendant CEJA knew to be a machinegun, namely, a machinegun conversion device (also known as a "Glock switch," "trigger switch," "auto switch," or "auto sear") that was designed and intended, solely and exclusively, for use in converting a weapon into a machinegun.

COUNT THREE

[18 U.S.C. § 922(o)(1)]

On or about November 30, 2022, in Los Angeles County, within the Central District of California, defendant JONATHAN ALFONZO CEJA, aka "Alfonso," aka "Alfonso Expert Polish," knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), that defendant CEJA knew to be a machinegun, namely, a machinegun conversion device (also known as a "Glock switch," "trigger switch," "auto switch," or "auto sear") that was designed and intended, solely and exclusively, for use in converting a weapon into a machinegun, and which was attached to a Glock, Model 17C, 9 mm caliber pistol, bearing serial number AALM638.

COUNT FOUR

[26 U.S.C. § 5861(d)]

On or about November 30, 2022, in Los Angeles County, within the Central District of California, defendant JONATHAN ALFONZO CEJA, aka "Alfonso," aka "Alfonso Expert Polish," knowingly possessed a firearm, namely, a privately manufactured, AR-type, 9 mm caliber rifle, bearing no manufacturer's mark or serial number, with a barrel of less than 16 inches in length, which defendant CEJA knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant CEJA in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

COUNT FIVE

[18 U.S.C. § 922(o)(1)]

On or about January 12, 2023, in Los Angeles County, within the Central District of California, defendant JONATHAN ALFONZO CEJA, aka "Alfonso," aka "Alfonso Expert Polish," knowingly possessed machineguns, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), that defendant CEJA knew to be machineguns, namely, a machinegun conversion device (also known as a "trigger switch," "auto switch," or "auto sear") that was designed and intended, solely and exclusively, for use in converting a weapon into a machinegun, and which was attached to a Defense Procurement Manufacturing Services, Inc., A15, .223 caliber rifle, bearing serial number DNWC059284; and a machinegun conversion device that was attached to a privately manufactured, AR-type, 5.56 mm caliber rifle, bearing no manufacturer's mark or serial number.

COUNT SIX

[26 U.S.C. § 5861(d)]

On or about January 12, 2023, in Los Angeles County, within the Central District of California, defendant JONATHAN ALFONZO CEJA, aka "Alfonso," aka "Alfonso Expert Polish," knowingly possessed a firearm, namely, a privately manufactured, AR-type, 5.56 mm caliber rifle, bearing no manufacturer's mark or serial number, with a barrel of less than 16 inches in length, which defendant CEJA knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant CEJA in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Three, or Five of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts Four or Six of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm involved in any such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///

///

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4                                           A TRUE BILL
5
                                               /S/
6                                           Foreperson

7  E. MARTIN ESTRADA
   United States Attorney
8
   MACK E. JENKINS
9  Assistant United States Attorney
   Chief, Criminal Division
10
   [signature]
11

12 SCOTT M. GARRINGER
   Assistant United States Attorney
13 Deputy Chief, Criminal Division

14 IAN V. YANNIELLO
   Assistant United States Attorney
15 Deputy Chief, General Crimes Section

16 ALEXANDER SU
   Assistant United States Attorney
17 Asset Forfeiture & Recovery Section

18 RAJESH R. SRINIVASAN
   Assistant United States Attorney
19 Criminal Appeals Section

20

21

22

23

24

25

26

27

28