FILED
CLERK, U.S. DISTRICT COURT
06/09/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CGM\_\_\_\_\_ DEPUTY

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
RAJESH R. SRINIVASAN (Cal. Bar No. 310510)
Assistant United States Attorney
Criminal Appeals Section
    1400/1000 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719/7416
    Facsimile: (213) 894-0142/8513
    E-mail:   Alexander.Su@usdoj.gov
               Rajesh.Srinivasan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>JONATHAN ALFONZO CEJA,<br>   aka "Alfonso"<br>   aka "Alfonso Expert Polish"<br><br>      Defendant. | CR 2:23-cr-00291-MWF<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF ALEXANDER SU<br><br>**(UNDER SEAL)** |
|---|---|

    The government hereby applies <u>ex parte</u> for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Alexander Su.

Dated: June 7, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Alexander Su
_____
ALEXANDER SU
RAJESH R. SRINIVASAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ALEXANDER SU**

I, Alexander Su, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Jonathan Alfonzo Ceja</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on June 9, 2023.

2. Defendant JONATHAN ALFONZO CEJA has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on June 9, 2023. The likelihood of apprehending defendant might jeopardized if the indictment in this case were made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until defendant is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 5, 2023.

ALEXANDER SU

1